## First Department, July, 1930.

Reliance Bronze and Steel Corporation v. United Pressed Steel Products Corporation and Others.— Motion granted upon condition that defendant Mitchell Landow continue the bond in the sum of $5,000 conditioned to pay any judgment in the City Court action, and that appellant procure the papers on appeal to be filed so that appeal can be argued on or before October 24, 1930. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

Olga Piciulo v. Attilio de Cicco and Others.— Motion denied, with leave, however, to defendants Attilio de Cicco and Assets Funding Corporation also to inspect the books, papers and property in question. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

The Coward Shoe, Inc., v. Julius Grossman, Inc., and Others. Julius Grossman, Inc., v. Lane Bryant, Inc., and Others.— Matter should remain so far as possible in statu quo ante until appeal, which must be ready not later than October twenty-fourth. Stay granted to the extent of permitting defendants to state what employees now with them were " formerly with " Coward, with leave to plaintiff to vacate stay if acts of defendants warrant pending appeal. Settle order on notice. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

Leo Levy v. Charles Levy.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, Merrell, McAvoy and Sherman, JJ.

Melvyne Realty Co., Inc., v. Trom Corporation and Jerome C. Mayer, Impleaded with Mandor Corporation.— Motion denied and order of May 29, 1930, resettled. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of Alfred H. Newburger and Others v. Morris Gold.— Motion for leave to appeal granted. Motion for reargument denied. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of Henry F. Deane, Jr., in re Henry F. Deane, Deceased.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

John Dooley v. Irving Krellenstein.— Motion denied, with ten dollars costs. Present — Martin, Merrell, O'Malley and Sherman, JJ.

In the Matter of the Application of Alice G. Vanderbilt, as Surviving Trustee, etc., of Cornelius Vanderbilt, Deceased, etc.— Motion denied, with ten dollars costs. Present — Finch, Merrell, O'Malley and Sherman, JJ.

The Continental Insurance Company and Fidelity-Phenix Fire Insurance Company v. The Equitable Trust Company of New York.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

The Continental Insurance Company and Fidelity-Phenix Fire Insur-